**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Franco-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08mj2028 |
|         Plaintiff,                  ) | |
| v.                                  ) | **NOTICE OF APPEARANCE** |
| **RAUL FRANCO-LOPEZ,**              ) | |
|         Defendant.                  ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                      Respectfully submitted,

Dated: July 9, 2008                     /s/ *Sara Peloquin*
                                      **SARA M. PELOQUIN**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Franco-Lopez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 9, 2008                    /s/ Sara Peloquin
                                       **SARA M. PELOQUIN**
                                       Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
                                       San Diego, CA  92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       Sara_Peloquin@fd.org